**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **Duglas Antonio Lobo,** | § | |
| | § | |
| **Petitioner,** | § | |
| | § | |
| **v.** | § | **CIVIL NO. 1:26-CV-1081-ADA-SH** |
| | § | |
| **Todd Blanche, et al.,** | § | |
| | § | |
| **Respondents.** | § | |
| | § | |

## ORDER DENYING PETITION FOR WRIT OF HABEAS CORPUS

Before the Court is Petitioner Duglas Antonio Lobo's ("Petitioner") Petition for Writ of

Habeas Corpus under 26 U.S.C. § 2241, filed on April 27, 2026. Dkt. No. 1. On April 30, 2026,

this Court entered an order for the Federal Respondents to show cause as to why the petition should

not be granted. Dkt. No. 3. Respondents filed their response on May 5, 2026. Dkt. No. 5. Having

considered the parties' arguments, the applicable law, and the relevant facts, the Court finds

Petitioner's Petition for Writ of Habeas Corpus should be denied.

Petitioner did not re-raise statutory arguments previously rejected by this Court in

Petitioner's earlier petition. *See* 1:26-CV-00454-ADA-SH, ECF No. 6. The Fifth Circuit has

rejected relevant statutory arguments in *Buenrostro-Mendez v. Bondi*, which is binding precedent

on this Court. No. 25-20496, 166 F.4th 494, 498 (5th Cir. Feb. 6, 2026). The Court finds it is bound

by the Fifth Circuit's recent decision in *Buenrostro-Mendez* and that Petitioner is lawfully detained

under § 1225 rather than § 1226.

The Court has likewise denied similar habeas relief on constitutional grounds, as well as

challenges brought under the Administrative Procedure Act. *See Rodriguez Hernandez v. Collins,*

*et al.*, No. 1:26-CV-00289-ADA-ML (W.D. Tex. Mar. 9, 2026). The Court incorporates by reference its prior analysis denying habeas relief in *Rodriguez Hernandez.* For the reasons stated previously and incorporated herein, the Court finds that Petitioner's requested relief should be denied.

**IT IS THEREFORE ORDERED** that Petitioner's Petition for Writ of Habeas Corpus (Dkt. No. 1) is **DENIED.** All other requested relief is hereby denied.

**SIGNED** on June 11, 2026.

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE